AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MARTINEZ, JOSE E | DISTRICT COURT - S DIST OF FL | 05/01/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 301 NORTH MIAMI AVENUE<br>THIRD FLOOR<br>MIAMI, FL 33128 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER OF THE BOARD OF DIRECTORS | FEDERAL JUDGES ASSOCIATION |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2006 MAY 15 P 12: 38
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE E | 05/01/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | SPANISH RADIO SERVICES, INC. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | SPANISH RADIO SERVICES, INC. | FEB 7, 2005 FOOTBALL GAME EXPENSES |
| 2. | AMERICAN BAR ASSOCIATION | NOV 8-10, 2005 LALIC COMMITTEE MEETING |
| 3. | THE FLORIDA BAR ASSOCIATION | JUNE 30, 2005 ROUNDTABLE |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE E | 05/01/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of Instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE E | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMERICAN ELECTRIC POWER CO (COMMON STOCK HELD BY ▮) | A | Dividend | J | T | NONE | | | | |
| 2. DOMINION DIRECT (COMMON STOCK HELD BY ▮) | B | Dividend | K | T | NONE | | | | |
| 3. SOUTHERN COMPANY (COMMON STOCK OWNED BY ▮) | A | Dividend | J | T | NONE | | | | |
| 4. WESTAR ENERGY INC (COMMON STOCK OWNED BY ▮) | A | Dividend | J | T | NONE | | | | |
| 5. MCDONALDS CORPORATION (COMMON STOCK OWNED BY ▮) | A | Dividend | J | T | NONE | | | | |
| 6. MELLON MID CAP STK FD (OWNED BY ▮) | | None | | | SELL | 2/11 | J | A | |
| 7. MELLON SMALL CAP STK FD (OWNED BY ▮) | | None | | | SELL | 2/11 | J | B | |
| 8. MELLON CASH RESERVE (OWNED BY ▮) | A | Interest | | | TRANSFERED | 2/11 | J | A | |
| 9. UNIVERSITY CREDIT UNION | A | Interest | L | T | NONE | | | | |
| 10. MELLON INTL FUND (OWNED BY ▮) | | None | | | SELL | 2/11 | J | B | |
| 11. MELLON EMERGING MKTS FD (OWNED BY ▮) | | None | | | SELL | 2/11 | J | C | |
| 12. MELLON LG CAP (OWNED BY ▮) | A | Dividend | | | SELL | 2/11 | K | B | |
| 13. MELLON INCOME STOCK (FUND OWNED BY ▮) | A | Dividend | | | SELL | 2/11 | K | A | |
| 14. SPANISH RADIO SERVICES INC (PRIV HELD C/STK OWNED BY ▮) | A | Distribution | J | U | INSURANCE | 12/31 | J | A | |
| 15. IRA #1 CASH RESERVE ACCOUNT III (OWNED BY ▮) | A | Interest | | | ROLLOVER | 2/11 | J | A | |
| 16. IRA #1 MPAM SHT-TRM US GOVT (OWNED BY ▮) | A | Interest | | | ROLLOVER | 2/11 | J | A | |
| 17. IRA #1 MPAM MID CAP STK FD | A | Dividend | | | ROLLOVER | 2/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 = $25,000,001 - $50,000,000 | R = Cost (Real Estate Only) | P4 = More than $50,000,000 | T = Cash Market | |
| | Q = Appraisal | V = Other | S = Assessment | | |
| | U = Book Value | | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE E | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| (OWNED BY █████) | | | | | | | | | |
| 18. IRA #1 MPAM SMALL CAP STK FD (OWNED BY █████) | A | Dividend | | | ROLLOVER | 2/11 | J | A | |
| 19. IRA #2 CASH RESERVE ACCT III-FLORIDA | A | Interest | | | ROLLOVER | 2/11 | J | A | |
| 20. IRA #2 MPAM SHT-TRM US GOVT | A | Interest | | | ROLLOVER | 2/11 | K | A | |
| 21. IRA #2 MPAM MID CAP STK FD | A | Dividend | | | ROLLOVER | 2/11 | J | A | |
| 22. IRA #2 MPAM SMALL CAP STK FD | A | Dividend | | | ROLLOVER | 2/11 | J | A | |
| 23. IRA #2 MELLON LARGE CAP STOCK FD | A | Dividend | | | ROLLOVER | 2/11 | K | A | |
| 24. IRA #2 MELLON INTL FUND | A | Dividend | | | ROLLOVER | 2/11 | J | A | |
| 25. IRA #2 MELLON EMERGING MARKETS FD | A | Dividend | | | ROLLOVER | 2/11 | J | A | |
| 26. IRA #2 MELLON INTERMEDIATE BOND FD | A | Interest | | | ROLLOVER | 2/11 | J | A | |
| 27. IRA #1 MELLON LARGE CAP STOCK FUND (OWNED BY █████) | A | Dividend | | | ROLLOVER | 2/11 | K | A | |
| 28. IRA #1 MELLON INTL FUND (OWNED BY █████) | A | Dividend | | | ROLLOVER | 2/11 | J | A | |
| 29. IRA #1 MELLON EMERGING MARKETS FD (OWNED BY █████) | A | Dividend | | | ROLLOVER | 2/11 | J | A | |
| 30. IRA #1 MELLON INTERMEDIATE BOND FD (OWNED BY █████) | A | Dividend | | | ROLLOVER | 2/11 | J | A | |
| 31. ING DIRECT | C | Interest | L | T | NONE | | | | |
| 32. MELLON NATL ST MUNI (OWNED BY █████) | | None | | | SELL | 2/11 | K | A | |
| 33. IRA #2 MELLON INCOME STK FD | A | Dividend | | | ROLLOVER | 2/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. WACHOVIA BANK DEPOSIT SWEEP ACCT (OWNED BY ▉) | A | Interest | J | T | BUY | 3/18 | J | | |
| 35. SALOMON BROS CAP FD INC CL C (OWNED BY ▉) | B | Dividend | L | T | BUY | 3/29 | L | | |
| 36. SMITH BARNEY AGGR GROWTH FD CL C (OWNED BY ▉) | | None | K | T | BUY | 3/29 | K | | |
| 37. IRA #1 SALOMON BROS. CAP FD INC CL C (OWNED BY ▉) | A | Dividend | K | T | BUY | 3/29 | K | | |
| 38. IRA #1 SMITH BARNEY AGGR GROWTH FD CL C (OWNED BY | | None | K | T | BUY | 3/29 | K | | |
| 39. IRA #1 WACHOVIA BANK DEPOSIT SWEEP ACCT (OWNED BY ▉) | A | Interest | J | T | ROLLOVER | 3/29 | J | | |
| 40. IRA #2 SALOMON BROS. CAP FD INC. CL C | A | Dividend | K | T | ROLLOVER | 3/29 | L | | |
| 41. IRA #2 SMITH BARNEY AGGR GROWTH FD CL C | A | Dividend | K | T | ROLLOVER | 3/29 | K | | |
| 42. IRA #2 WACHOVIA BANK DEPOSIT SWEEP ACCT | A | Interest | J | T | ROLLOVER | 3/29 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE E | 05/01/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

THE IRAs FOR BOTH JUDGE MARTINEZ AND ▮▮▮▮▮ WERE ROLLED OVER FROM THE ACCOUNTS AT MELLON TO WACHOVIA SECURITIES.

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE E | 05/01/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _12 May 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544